THOMAS M. HERLIHY (SBN: 83615)
FRANCIS TORRENCE (SBN: 154653)
CHRISTINA R. VAN WERT (SBN: 242741)
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants,
PAUL REVERE LIFE INSURANCE COMPANY; and
UNUM PROVIDENT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT M. KUN, on his own behalf and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL REVERE LIFE INSURANCE COMPANY; PAULA M. KRAGER; UNUM PROVIDENT CORPORATION,<br><br>Defendants. | Case No.: CV09-4414-SC<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

## STIPULATION

Pursuant to rule 41(a) of the Federal Rules of Civil Procedure, plaintiff ALBERT M. KUN and defendants PAUL REVERE LIFE INSURANCE COMPANY; and UNUM PROVIDENT CORPORATION, by and through their respective counsel, hereby stipulate and agree that this action may be, and hereby is, dismissed with prejudice. Each party shall bear her or its own attorney fees and costs of suit.

Dated: 3/1, 2010

ALBERT M. KUN

By: *[signature: Albert M. Kun]*
Albert M. Kun
**Plaintiff in Pro Per**

/ / /

/ / /

---

1
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER

519820.1

Case No.: CV09-4414-SC

Dated: March 1, 2010

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Thomas M. Herlihy
Francis Torrence
Attorneys for Defendants,
PAUL REVERE LIFE INSURANCE
COMPANY; and
UNUM PROVIDENT CORPORATION

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/2/10    _____
Samuel Conti
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

2
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER

519820.1                                            Case No.: CV09-4414-SC